UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                              CHAPTER 13

JUANITA CRAIG                                       CASE NO. 09-72582

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** **Wells Fargo Financial Illinois Inc.**   **Court claim #:** (if known) **10**

**Last four digits** of any number used to identify the debtor's account: 2993

---

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $2121.06 (Per Creditor's Proof of Claim) |
| | $1500.00 (Per Confirmed Plan) |
| Amount Paid by Trustee | $1500.00 |

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   August 24, 2012          /s/Lydia S. Meyer
                                  Lydia S. Meyer, Trustee
                                  308 W. State St., Suite 212
                                  Rockford, IL  61101

### Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 24th Day of August, 2012.

Dated:   August 24, 2012          /s/Cynthia K. Burnard

WELLS FARGO FINANCIAL ILLINOIS INC
4137 121ST STREET
URBANDALE, IA 50323

WELLS FARGO FINANCIAL
4920 E. STATE STREET
ROCKFORD, IL  61108-2272

BALSLEY & DAHLBERG LLP
5130 NORTH SECOND STREET
LOVES PARK, IL  61111

JUANITA CRAIG
914 RIDGE AVENUE
ROCKFORD, IL  61103